

government not opposing said motion, it is ordered that said motion is hereby denied. All parties will refer to the second confidential informant as "CI2" if necessary to the presentation of counsel's oral argument on the assigned issue. The Clerk is directed to seal Appellant's reply brief.

Friday, May 5, 2017

No. 17–0307/AR. Robert B. Bergdahl v. Jeffrey R. Nance and United States. CCA 20170114. No. 17–0307/AR. Robert B. Bergdahl, Appellant v. Jeffrey R. Nance, Colonel, J.A. Military Judge, and United States, Appellees. CCA 20170114. On consideration of the writ-appeal petition and the motion of Former Federal Judges to file an *amicus* brief, it is ordered that said motion is hereby denied, and that said writ-appeal petition is hereby denied.

No. 17–0083/AR. U.S. v. Thomas L. Humburd, Jr. CCA 20150214. In the above referenced cases, on further consideration of the granted issues, and in view of

*United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0166/AR. U.S. v. Dustyn R. Kidd. CCA 20150280. In the above referenced cases, on further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0112/AR. U.S. v. Jason R. Crews. CCA 20130766. On consideration of the order issued by the Court, 76 M.J. 341 (Daily Journal, May 4, 2017), it is ordered that said order is hereby vacated.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. Appellant's motion to extend time to file a brief and joint appendix granted to May 26, 2017.

No. 17–0356/AF. U.S. v. Devin J. Vanhise. CCA 38882. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

No. 17–0388/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 22, 2017.

No. 17–0389/AR. U.S. v. Glen R. Urik. CCA 20140844. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 24, 2017.

Monday, May 8, 2017

